Case 2:17-cv-00174   Document 79   Filed on 10/12/21 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
October 12, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| BLAKE CHAPMAN, *et al*, | § § § | |
| Plaintiffs, | § § | |
| VS. | § | CIVIL ACTION NO. 2:17-CV-174 |
| VOESTALPINE USA CORP, *et al*, | § § § | |
| Defendants. | § § | |

| | | |
|---|---|---|
| ROBERT ABBEN, | § § | |
| Plaintiff, | § § | |
| VS. | § | CIVIL ACTION NO. 2:19-CV-032 |
| VOESTALPINE TEXAS HOLDINGS, LLC, *et al*, | § § § § | |
| Defendants. | § § | |

| | | |
|---|---|---|
| GARY THURMOND, JR., *et al*, | § § | |
| Plaintiffs, | § § | |
| VS. | § | CIVIL ACTION NO. 2:19-CV-034 |
| VOESTALPINE TEXAS HOLDING LLC, *et al*, | § § § § | |
| Defendants. | § § | |

## ORDER TO CONSOLIDATE

Pursuant to Federal Rule of Civil Procedure 42, and having considered Plaintiffs' Unopposed Motion to Consolidate (D.E. 78 in Case No. 2:17-cv-174), the Court is of the opinion that the Motion has merit and should be granted in its entirety. It is therefore

ORDERED that the following cases are hereby consolidated for judicial efficiency and potential settlement purposes, all of which cases are pending in the United States District Court for the Southern District of Texas, Corpus Christi Division:

> **Lead Case**: *Blake Chapman, et al. Individually and on behalf of all other similarly situated v. voestalpine Texas Holding LLC and voestalpine Texas LLC*; Civil Action No. 2:17-cv-174 ("*Chapman*");
>
> **Member Case**: *Robert Abben, Individually and on behalf of all other similarly situated v. voestalpine Texas Holding LLC and voestalpine Texas LLC*; Civil Action No. 2:19-cv-00032; and
>
> **Member Case**: *Gary Thurmond Jr., et al. Individually and on behalf of all others similarly situated v. voestalpine Texas Holding LLC and voestalpine Texas LLC*, Civil Action No. 2:19-cv-00034.

Any party may petition this Court to sever the consolidated actions into their original cause numbers.

Absent any future court order severing the actions, all future filings shall be docketed in *Chapman*, 2:17-cv-174, the lead case.

ORDERED this 12th day of October, 2021.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE