Case 2:17-cv-00174   Document 92   Filed on 05/03/23 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
May 03, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| BLAKE CHAPMAN, *et al.*, | § § § § | |
| Plaintiffs, | | |
| VS. | § § § § § § | CIVIL ACTION NO. 2:17-CV-00174 |
| VOESTALPINE TEXAS HOLDING, LLC., *et al.*, | | |
| Defendants. | | |

## FINAL JUDGMENT

Pursuant to the Judgment (D.E. 91) and the expiration of 290 days following judgment during which the Court retained jurisdiction to enforce the settlement, the Court enters final judgment dismissing this action with prejudice.

**ORDERED** on May 3, 2023.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE